IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BETTY A. ROBERTSON,
    Plaintiff,

vs.                                            Case No. 3:04cv246/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security
    Defendant.
_____/

**O R D E R**

        This action was initiated under the Social Security Act to obtain judicial review of a final decision of the Commissioner of the Social Security Administration denying Plaintiff's claims for benefits (Doc. 1).  The parties have consented to the undersigned magistrate judge conducting any and all proceedings herein (*see* Docs. 4, 5).  This Court previously granted Defendant's motion to remand (*see* Doc. 7), in which Defendant sought remand to fully address the opinions of Plaintiff's treating physicians, assess the credibility of Plaintiff's subjective complaints, determine Plaintiff's residual functional capacity, determine whether Plaintiff could perform her past relevant work based on her residual functional capacity, and, if necessary, utilize the services of a vocational expert to determine whether there exists a significant number of jobs in the national economy which Plaintiff could perform (*see* Doc. 6).  Defendant has now reported to this Court that, upon remand, Plaintiff was found eligible for benefits in a favorable Administrative Law Judge decision dated January 20, 2005 (*see* Doc. 8).  Thus, Defendant now moves for final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, and has certified that Plaintiff has no objection (Doc. 8).  As Plaintiff has received full relief, it is clear that entry of final judgment is appropriate.

Accordingly, it is **ORDERED**:

1. Defendant's Motion for Final Judgment (Doc. 8) is **GRANTED**.
2. The clerk is directed to enter final judgment in favor of the Plaintiff.
3. The clerk is further directed to close the file.

**DONE AND ORDERED** this 25th day of April, 2005.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**