UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BETTY A. ROBERTSON

     VS                                                                              CASE NO.  3:04cv246/EMT

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY

**JUDGMENT**

This action came before the Court with the Honorable Elizabeth M. Timothy presiding.  The issues have been heard and a decision has been rendered.

Final Judgment is entered in favor of the Plaintiff,  BETTY A. ROBERTSON

                                         WILLIAM M. McCOOL, CLERK OF COURT


 April 25, 2005                       /s/ Teresa Cole
DATE                                    Deputy Clerk: Teresa Cole

Entered On Docket: _____  By: ____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:_____

Document No.